IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FREDERICK H. WILLIAMS,** **#B80874** | ) ) ) |
| **Plaintiff,** | ) ) ) Case No. 19-CV-845-DWD |
| vs. | ) ) |
| **S. WAGGON, et al.,** | ) ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge.**

Plaintiff Frederick Williams filed a Motion for Leave to Appeal *in forma pauperis* ("IFP") on August 27, 2020. (Doc. 28). However, Plaintiff's appeal was dismissed by the United States Court of Appeals for the Seventh Circuit on August 14, 2020 which occurred prior to the Plaintiff filing his IFP Motion. (Doc. 25). Although Plaintiff had been granted IFP status by the District Court for the Central District of Illinois prior to transfer to this Court, Plaintiff's appeal was dismissed for failure to pay the docket fee or move for IFP status. (Doc. 25-1).

At this point, there is no appeal for which the Court to grant or deny IFP status. The federal statute authorizing in forma pauperis proceedings is prospective in nature, authorizing "the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor" for qualifying individuals. *See Abdul-Wadood v. Nathan*, 91 F.3d 1023, 1025 (7th

Cir. 1996) ("All § 1915 has ever done is excuse *pre*-payment of the docket fees[.]") (emphasis original); *Bryan v. Liberty Mut. Ins. Co.*, 418 F.2d 486, 489 (5th Cir. 1969). The appeal was dismissed, and so prepayment is no longer an issue. As such, the Motion is **DENIED as moot**.

    IT IS SO ORDERED.

    DATED:  October 6, 2020

                                                **DAVID W. DUGAN**
                                                **United States District Judge**

Case 3:19-cv-00845-DWD   Document 30   Filed 10/06/20   Page 2 of 2   Page ID #88